UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTOPHER FRANCO,

Plaintiff,

v.

JEREMY BEAN, *et al.*,

Defendants.

Case No. 2:26-cv-01230-CDS-DJA

ORDER

## I.   DISCUSSION

On April 21, 2026, pro se Plaintiff Christopher Franco, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis*. (ECF Nos. 1-1, 1). But the Complaint is not signed personally by Plaintiff. (ECF No. 1-1 at 11).

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. L.R. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

The Court cannot consider the Complaint because Plaintiff did not personally sign it. If Plaintiff wants to proceed with this action, he must file an amended complaint that he has signed personally. The Court will give Plaintiff until **May 25, 2026**, to submit a signed amended complaint.

Plaintiff is advised that an amended complaint replaces the original complaint, so the amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989). This means the amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this action. The submission of a mere signature page will not be enough.

Moreover, Plaintiff should file the amended complaint on this Court's approved civil-rights form, and it must be titled "First Amended Complaint."

## II.   CONCLUSION

It is therefore ordered that Plaintiff has **until May 25, 2026**, to submit a signed amended complaint to this Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a signed complaint.

The Clerk of the Court is directed to send Plaintiff Christopher Franco the approved form for filing a 42 U.S.C. § 1983 complaint and a courtesy copy of his complaint (ECF No. 1-1).

DATED: April 27, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2